# EXHIBIT A

## CERTIFICATION OF ROBERT ALLUSTIARTI
## PURSUANT TO FEDERAL SECURITIES LAWS

**ROBERT ALLUSTIARTI**, ("Movant") declares as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant has authorized the filing of this motion for appointment as a lead plaintiff.

2. Movant did not purchase securities of **Baidu, Inc.** at the direction of counsel in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of **Baidu, Inc.** The transactions in the attached Schedule set forth all of the transactions of Movant in **Baidu, Inc.** securities during the Class Period specified in the Complaint.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 1, 2020

_____
Movant's Signature

Robert J. Allustiarti
Printed Name

Name of Movant: **ROBERT ALLUSTIARTI**

Schedule of Movant's Transaction(s) in: **Baidu, Inc.**

Purchase(s):

| Date | Units | Price |
|---|---|---|
| 01/09/2020 | 5,000 | $140.50 |
| 01/13/2020 | 5,000 | $142.25 |
| 02/05/2020 | 5,000 | $131.85 |

Sale(s):

| Date | Units | Price |
|---|---|---|

Name of Movant:     **ROBERT ALLUSTIARTI**

Schedule of Movant's Motions for Lead Plaintiff Under the PSLRA in the Last Three Years

1. *Christopher Vataj v. William D. Johnson, et al.*, Case No.: 4:19-cv-06996-HSG (N.D.CAL. 2019). On February 3, 2020, the United States District Judge, Haywood S. Gilliam, Jr., entered an Order Granting Stipulation to Appoint Co-Lead Plaintiffs and Approving Selection of Co-Lead Counsel, wherein Movant was appointed Co-Lead Plaintiff.