**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROGER A. IKEDA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAIDU, INC., YANHONG LI, and CHENG-CHUN YU,<br><br>Defendants. | CASE NO.: 5:20-cv-02768-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BAIDU, INC.'S REQUEST FOR JUDICIAL NOTICE** |

## [PROPOSED] ORDER

The Court, having considered the Request for Judicial Notice filed by Defendant Baidu, Inc., and good cause appearing, hereby **GRANTS** the Request for Judicial Notice. The Court takes judicial notice of Exhibits A through G attached to the Declaration of Raza Rasheed.

IT IS SO ORDERED.


DATED: _____, 2021                    _____
                                            HONORABLE LUCY H. KOH
                                            UNITED STATES DISTRICT COURT

[PROPOSED ORDER]
CASE NO.: 5:20-cv-02768-LHK