PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
RAZA RASHEED (SBN 306722)
raza.rasheed@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

*Attorneys for Defendants*
BAIDU, INC., YANHONG LI,
and CHENG-CHUN YU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROGER A. IKEDA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAIDU, INC., YANHONG LI, and CHENG-CHUN YU,<br><br>Defendants. | CASE NO.: 5:20-cv-02768-LHK<br><br>Judge: Hon. Lucy H. Koh<br>Complaint Filed: April 21, 2020<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING DEADLINE FOR INDIVIDUAL DEFENDANTS TO RESPOND TO THE COMPLAINT; AND (2) CONTINUING THE CASE MANAGEMENT CONFERENCE** |

1 | Lead Plaintiff Robert J. Allustiarti ("Lead Plaintiff") and Defendants Baidu, Inc. ("Baidu"),
2 | Yanhong Li, and Cheng-Chun Yu ("Individual Defendants," and together with Baidu "Defendants")
3 | hereby stipulate and agree as follows:

4 | WHEREAS, on April 21, 2020, Roger A. Ikeda filed the complaint in the above-captioned
5 | action ("Action"), a putative class action arising under the Securities Exchange Act of 1934
6 | ("Exchange Act"), including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"),
7 | 15 U.S.C. § 78u-4, against Defendants;

8 | WHEREAS, on July 17, 2020, the Court continued the Case Management Conference
9 | previously scheduled for July 22, 2020 to October 14, 2020 at 2:00 p.m., and ordered the parties to
10 | file a joint case management statement by October 7, 2020;

11 | WHEREAS, on July 20, 2020, the Court appointed Robert J. Allustiarti as Lead Plaintiff, and
12 | Kahn Swick & Foti LLC as Lead Plaintiff's Counsel;

13 | WHEREAS, on September 18, 2020, Lead Plaintiff filed an Amended Class Action
14 | Complaint;

15 | WHEREAS, on September 28, 2020, pursuant to a stipulation of the parties, the Court
16 | continued the Case Management Conference previously scheduled for October 14, 2020 to March 3,
17 | 2021 at 2:00 p.m., and ordered the parties to file a joint case management statement on or before
18 | February 24, 2021;

19 | WHEREAS, on November 2, 2020, Baidu filed a motion to dismiss the Amended Class
20 | Action Complaint, which Lead Plaintiff has opposed (see ECF 50–54);

21 | WHEREAS, the parties' stipulation seeking a continuance of the October 14, 2020 Case
22 | Management Conference provided that, if at the time the parties are due to meet and confer pursuant
23 | to Federal Rule of Civil Procedure 26(f), the Court has not resolved Baidu's motion to dismiss, the
24 | parties would promptly submit a stipulation requesting a further continuance of the Case
25 | Management Conference;

26 | WHEREAS, the motion to dismiss is scheduled to be heard on March 4, 2021 at 1:30 p.m.,
27 | one day after the March 3, 2021 Case Management Conference, and therefore will not be resolved
28 |

by the time the parties are due to meet and confer pursuant to Federal Rule of Civil Procedure 26(f);

WHEREAS, pursuant to the PSLRA, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss," 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, because discovery is stayed while this Action is at the pleading stage, it would be premature for the parties to confer on the topics required by Federal Rule of Civil Procedure 26(f) before the Court has decided the pending motion to dismiss;

WHEREAS, the parties agree that it would conserve party and judicial resources to continue the Case Management Conference to a date after the Court's ruling on Baidu's motion to dismiss the Amended Class Action Complaint, and any other motion to dismiss that may be subsequently filed;

WHEREAS, the parties agree that the requested time modification in this stipulation should have no adverse effect on the schedule for the case. Discovery in this Action is stayed under the PSLRA pending resolution of any motion to dismiss. Thus, continuing the Case Management Conference will have no adverse effect on the schedule;

WHEREAS, at the time Baidu filed its motion to dismiss, the Individual Defendants had not been served with the summons or the Amended Class Action Complaint, and the Individual Defendants have not appeared in this Action;

WHEREAS, for purposes of this action only, and without prejudice to their rights under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters for any other action, the Individual Defendants have, pursuant to Federal Rule of Civil Procedure 4(d), agreed to waive service of the summons and the Amended Class Action Complaint;

WHEREAS, the parties have conferred and agree that it would be an inefficient use of this Court's time and the parties' resources for the Individual Defendants to respond to the Amended Class Action Complaint while Baidu's motion to dismiss remains pending, as the arguments in Baidu's motion to dismiss also apply to the claims against the Individual Defendants;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, by and between the undersigned counsel for the undersigned

parties, subject to Court approval, as follows:

1. The Case Management Conference currently scheduled for March 3, 2020 at 2:00 p.m. shall be continued and rescheduled for May 19, 2021 at 2:00 p.m. The parties shall file their joint case management statement on or before May 12, 2021.

2. If, at the time the parties are due to meet and confer pursuant to Federal Rule of Civil Procedure 26(f), the Court has not resolved Baidu's motion to dismiss, or has directed Lead Plaintiff to file a second amended complaint, the parties shall promptly submit a stipulation requesting a further continuance of the Case Management Conference.

3. The Individual Defendants shall have no obligation to answer, move, or otherwise respond to the Amended Class Action Complaint before Baidu's pending motion to dismiss is resolved by the Court.

4. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the complaint filed in this Action.

DATED: January 8, 2021            Respectfully submitted,

KAHN SWICK & FOTI LLC


By: _____/s/ Alayne Gobeille_____
ALAYNE GOBEILLE
*Attorneys for Lead Plaintiff*
ROBERT J. ALLUSTIARTI

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: _____/s/ Virginia F. Milstead_____
VIRGINIA F. MILSTEAD
*Attorneys for Defendants*
BAIDU, INC., YANHONG LI,
and CHENG-CHUN YU

## SIGNATURE ATTESTATION

I, Virginia F. Milstead, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING DEADLINE FOR INDIVIDUAL DEFENDANTS TO RESPOND TO THE COMPLAINT; AND (2) CONTINUING THE CASE MANAGEMENT CONFERENCE. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from the signatory.

By: _/s/ Virginia F. Milstead_
Virginia F. Milstead

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____          _____
                                        THE HONORABLE LUCY H. KOH
                                        UNITED STATES DISTRICT COURT