Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Lead Counsel for Lead Plaintiff
and the Putative Class*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

|  |  |
|---|---|
| ROGER A. IKEDA, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BAIDU, INC., YANHONG LI, and CHENG-CHUN YU,<br><br>　　　　　　　　　　Defendants | Case No. 5:20-CV-2768-LHK-VKD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>**CLASS ACTION**<br><br>Judge:　　Hon. Lucy H. Koh<br>Courtroom:　8 – 4th Floor |

On April 7, 2021, the Court granted Defendant Baidu Inc.'s Motion to Dismiss with Leave to Amend ("Order"). ECF No. 60. After a careful review of the Order, applicable facts and legal authorities, Lead Plaintiff Robert J. Allustiarti and Lead Counsel Kahn Swick & Foti, LLP hereby give notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that the above-captioned action is voluntarily dismissed, with prejudice and without costs or attorneys' fees to any party, against Defendants Baidu, Inc., Yanhong Li, and Cheng-Chun Yu.

Dated: May 6, 2021

Respectfully submitted,

**KAHN SWICK & FOTI, LLP**

By:   *s/ Ramzi Abadou*

Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

-and-

Lewis S. Kahn (*pro hac vice to be submitted*)
Alexander L. Burns (*admitted pro hac vice*)
Alayne K. Gobeille (*admitted pro hac vice*)
Morgan M. Embleton (*admitted pro hac vice*)
KAHN SWICK & FOTI, LLC
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
alayne.gobeille@ksfcounsel.com
morgan.embleton@ksfcounsel.com

*Lead Counsel for Lead Plaintiff
And the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper *via* the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

　　　　　　　　　　　　　　　　　　　*s/ Ramzi Abadou*
　　　　　　　　　　　　　　　　　　　RAMZI ABADOU

# Mailing Information for a Case 5:20-cv-02768-LHK Ikeda v. Baidu, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzi.abadou@ksfcounsel.com,Ashley.Errington@ksfcounsel.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Alexander Louis Burns**
  alexander.burns@ksfcounsel.com

- **Morgan Michelle Embleton**
  Morgan.Embleton@ksfcounsel.com

- **Alayne K Gobeille**
  alayne.gobeille@ksfcounsel.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,tcrockett@pomlaw.com,abarbosa@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Virginia Faye Milstead**
  virginia.milstead@skadden.com,nandi.berglund@skadden.com,dlmlclac@skadden.com

- **Peter Bradley Morrison**
  peter.morrison@skadden.com,nandi.berglund@skadden.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,asoto@pomlaw.c

- **Raza Rasheed**
  raza.rasheed@skadden.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`